**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

KENNETH B. PITCHER, et al.,           Case No. 1:11-cv-148

       Plaintiffs,                                        Weber, J.
v.                                                              Bowman, M.J.

LAWRENCE WALDMAN, et al.,

       Defendants.

**ORDER**

The Court convened a telephonic conference this day, pursuant to the request of counsel, in order to resolve a third discovery dispute. The background of this case has been related in prior orders and will not be repeated herein. Two prior discovery disputes concerned the scope and timing of depositions, and Defendants' objections to Plaintiffs' requests for the production of financial documents. The instant dispute, on the eve of Mr. Pitcher's deposition, concerns Plaintiffs' objections to Defendants' requests for the production of documents. Having reviewed the parties' informal submissions to this Court,[1] and having heard oral argument, **IT IS ORDERED:**

1.  Plaintiffs should immediately produce, to the extent that any responsive documents exist not previously produced, any written communications sent to or received from the Internal Revenue Service on or after September 1, 2011 regarding Plaintiffs' 2009 and 2010 tax returns;

2.  Plaintiffs should immediately produce their 2010 individual income tax returns,

---

[1] At the direction of the Court and pursuant to local practice, the parties have presented all discovery disputes to the undersigned through informal correspondence not filed of record.

subject to the existing protective order, and limited to attorney's eyes only, plus Defendants' expert, Howard Richshafer.

                                           *s/ Stephanie K. Bowman*
                                           Stephanie K. Bowman
                                           United States Magistrate Judge